IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0162

IN THE MATTER OF:

J.D.D., A.D.J., and M.T.D.,

Youths in Need of Care.

**ORDER**

Upon consideration of the State's Unopposed Motion to Supplement the Record on Appeal, submitted by the Appellee, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is granted and the record on appeal shall be supplemented with the following Eleventh Judicial District Court files: *State v. [D.E.D.]*, Cause No. DC 08-066; and *State v. [D.E.D.]*, Cause No. DC 08-134.

IT IS FURTHER ORDERED that the Clerk of Court shall serve all parties of record and the Clerk of District Court, Flathead County, with this Order.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 15 2020